UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DADE DIVISION

ALEJANDRO ESPINOZA,                                                    CASE NO: 1:23-CV-20151-JEM

    Plaintiff,

vs.

BURBERRY LIMITED CO
a Foreign Limited Liability Company

    Defendant,
_____/

## NOTICE OF SETTLEMENT

Plaintiff, ALEJANDRO ESPINOZA by and through his undersigned counsel, hereby gives the Court notice that Plaintiff, ALEJANDRO ESPINOZA and Defendant BURBERRY LIMITED CO, have reached a settlement in this matter. The parties are finalizing the settlement documents and Plaintiff will file a Notice of Voluntary Dismissal thereafter.

    **Respectfully Submitted,**

    **MENDEZ LAW OFFICES, PLLC**
    Attorney for Plaintiff
    P.O. BOX 228630
    Miami, Florida 33172
    Telephone: 305.264.9090
    Facsimile:  305.809.8474
    Email:info@mendezlawoffices.com
    By: /s/ Diego German Mendez
    DIEGO GERMAN MENDEZ, ESQ.
    FL BAR NO.: 52748

###